638

■ In the Matter of SYLARN REALTY CORP., Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order, entered on January 12, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ HATTIE SHAVERS, as Administratrix of the Estate of WILSON W. SHAVERS, Deceased, Appellant, v. MISSIONARY SISTERS OF THE SACRED HEART, Conducting the Mother Cabrini Memorial Hospital, et al., Respondents.— Judgment so far as appealed from unanimously affirmed, with costs to respondents. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ ARTEMIA HERNANDEZ, as Administratrix of the Estate of ANASTACIO HERNANDEZ, Deceased, Appellant, v. BAL ENTERPRISES, INC., Respondent.— Order entered on July 12, 1961, denying plaintiff's motion for an examination before trial, as witnesses, of five named employees of a corporation, of such a corporation as a witness, and of defendant by a named employee, in a wrongful death action, unanimously affirmed, with $20 costs and disbursements to respondent but without prejudice to the renewal of the motion after examination of defendant, by notice or motion, in the usual manner, that is, with defendant selecting an officer or employee familiar with the facts. The motion was premature in that such regular examination of defendant may supply the necessary information. If the motion is renewed, moreover, it may be granted only upon a sufficient showing of the hostility of the witnesses (*Pomata* v. *Long Is. R.R.*, 271 App. Div. 1020). Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between PANAMERICAN COMMODITIES, S. A., Appellant, and MINERALS & CHEMICALS PHILIPP CORPORATION, Respondent.— Order entered on October 30, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ MAX JACOBY, Appellant, v. MICHAEL J. BUTLER, JR., Respondent.— Order entered on October 31, 1960, denying plaintiff's motion for reconsideration of the denial of the application for a preference under rule V of the New York County Supreme Court Trial Term Rules, unanimously reversed on the law and the facts and the motion granted, without costs. On the record, plaintiff has made a sufficient showing to warrant the granting of the preference. Concur — Botein, P. J., Breitel, Valente and Eager, JJ.

■ PHYLLIS TINELLI, as Administratrix of the Estate of FRANK TINELLI, JR., Deceased, v. UPSON-WALTON Co. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached, and on the further condition that this appeal be consolidated with the appeal from the judgment entered on August 11, 1961. (See Civ. Prac. Act., § 580.) Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached, and on the further condition that the appeal from the order entered on July 27, 1961 denying the motion for a new trial be consolidated with this appeal. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.